```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
VERONICA MADDY, on behalf of herself and all :
others similarly situated, :
 :
                            Plaintiff, :
          -against- :         22-CV-5053 (VEC)
 :
 :         ORDER
MADINA INDUSTRIAL CORP., :
 :
                         Defendant. :
-------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 24, 2022, Defendant moved to dismiss the complaint, Dkt. 7;

      WHEREAS on September 29, 2022, Plaintiff filed an amended complaint in lieu of responding in opposition to the motion to dismiss, Dkt. 14;

      WHEREAS pursuant to Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases, if a Plaintiff elects to amend its pleading in response to a motion to dismiss, the Court will deny the motion to dismiss as moot;

      WHEREAS pursuant to Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases, if a plaintiff elects to amend its pleading, the plaintiff must file a redlined version of the amended pleading; and

      WHEREAS no redlined version of the amended pleading has been filed in this case.

      IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED as moot. The Clerk of Court is respectfully directed to close the open motion at docket entry 7.

      IT IS FURTHER ORDERED that Plaintiff must file a redlined version of her amended complaint by no later than **Friday, October 7, 2022**. Plaintiff is reminded to comply with all

individual rules moving forward. The parties are additionally reminded that an initial pretrial conference in this matter is scheduled for **Friday, October 21, 2022, at 10 A.M**., and the parties' pre-conference submissions, as described in the Court's June 21, 2022, Order at docket entry 5, are due no later than **October 13, 2022**.

**SO ORDERED.**

Date: September 30, 2022
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**