# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

*Phone:* (212) 885-5130
*Fax:* (212) 885-5001
*Email:* Martin.Krezalek@BlankRome.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2022
```

October 13, 2022

**VIA ECF FILING**

**MEMO ENDORSED**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007-1312

      Re:   *Maddy v. Madina Industrial Corp.*, Case No. 1:22-cv-05053-VEC

Dear Judge Caproni,

    Madina Industrial Corp ("Defendant") writes to respectfully request a rescheduling of the Initial Conference, scheduled for October 21, 2022 (*See* Sept. 30, 2022 docket entry setting/resetting deadlines).

    The reason for the request is that the undersigned counsel is travelling to Florida on the morning of October 21 to attend a firm-wide retreat that had been postponed from the previous year because of Covid-related concerns about travel and large gatherings. Counsel would have made the request sooner except the schedule of events (including counsel's own presentation time slot) was just released yesterday.

    Plaintiff has consented to the request to reschedule, as communicated by her counsel of record.

Respectfully submitted,

*/s/ Martin S. Krezalek*

Martin S. Krezalek

---

Application GRANTED. The initial pretrial conference is adjourned until **Friday, October 28, 2022 at 10 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.
SO ORDERED.

*/s/ Valerie Caproni*   10/13/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE